Fisher Phillips

fisherphillips.com

**Philadelphia**
150 N. Radnor Chester Road
Suite C300
Radnor, PA 19087

(610) 230-2150 Tel
(610) 230-2151 Fax

**Writer's Direct Dial:**
(610) 230-2140

**Writer's E-mail:**
tewan@fisherphillips.com

April 23, 2018

**VIA FACSIMILE (267) 299-5058**

FILED
APR 24 2018
KATE BARKMAN, Clerk
By ______ Dep. Clerk

The Honorable Joel H. Slomsky
United States District Court
Eastern District of Pennsylvania
601 Market Street, Suite 13614
Philadelphia, PA 19106-1748

**Re: Abby Slakoff v. The Trustees of The University of Pennsylvania et al., U.S.D.C. Eastern District of Pa., Case No.: 2:18-cv-00794-JHS**

Dear Judge Slomsky:

This Firm represents Defendants, The Trustees of the University of Pennsylvania, Anne Cunningham, Susan Curran, Erika Gross, and Mary Bryan, in connection with that above-referenced matter. Attached for Your Honor's consideration is the parties' Stipulation for an Extension of Time, pursuant to which the parties have agreed to an extension of time within which Defendants shall have to answer, move, or otherwise plead in response to Plaintiff Abby Slakoff's Complaint. Counsel for both parties have reviewed, approved, and signed the Stipulation for an Extension of Time.

Thank you for your consideration of this matter.

Respectfully,

Todd Alan Ewan
For FISHER & PHILLIPS LLP

Enclosures

TAE:cmm

cc: Chloe E. Gartside, Esquire (via e-mail)
Michael R. Galey, Esquire
Christina M. Michael, Esquire